JOHN H. McGILL, Appellant, *v.* ESTHER B. McGILL, Respondent.

*McGill v. McGill,* 179 App. Div. 343, affirmed.

(Submitted April 29, 1919; decided May 20, 1919.)

APPEAL from a judgment entered July 24, 1917, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. Plaintiff brought this action to annul his marriage with defendant, alleging that the same was procured by force, duress and fraud exercised and per-

43

petrated by defendant upon plaintiff whereby plaintiff was forced and induced to enter into the marriage contract with defendant. Plaintiff alleged that defendant threatened to kill plaintiff and herself unless plaintiff would marry her. The alleged fraud was based upon the fact that at the time of such marriage defendant was an epileptic and that she concealed such infirmity from plaintiff. Defendant denied the exercise of any force and denied any fraud upon plaintiff.

*William F. Canough* for appellant.

*Albert C. Jordan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN, CRANE and ANDREWS, JJ.